IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| KWAI ARDOIN, #693306 § | |
| § | |
| V. § | CIVIL ACTION NO. G-05-429 |
| § | |
| DOUG DRETKE § | |

## **FINAL JUDGMENT**

    For the reasons stated in this Court's Order of Dismissal, the Application for Writ of Habeas Corpus of Kwai Ardoin is **DISMISSED.**

    This is a **FINAL JUDGMENT**.

    **DONE** at Galveston, Texas, this the 1st day of December, 2005.

_____
Samuel B. Kent
United States District Judge